CORY M. JONES, ESQ.
Nevada Bar No. 5028
E-Mail: cjones@joneswilson.com
**JONES WILSON LLP**
1522 W. Waim Springs Road
Henderson, Nevada 89014
Tel: (702) 405-6000
Fax: (702) 405-6046
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREEN ANN O'NEAL, | ) |
| Plaintiff, | ) CASE NO.   2:20-CV-708-KJD-VCF |
| vs. | ) |
| KEOLIS TRANSIT SERVICES, LLC d/b/a KEOLIS TRANSIT AMERICA, INC., a Foreign Limited-Liability Company; DOE BUS DRIVER, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO AMEND COMPLAINT

Plaintiff, COREEN ANN O'NEAL, by and through her counsel, Cory M. Jones, Esq. of the law firm of JONES WILSON LLP, and Defendant KEOLIS TRANSIT SERVICES, LLC d/b/a KEOLIS TRANSIT AMERICA, INC., by and through its counsel Michael P. Lowry, Esq., of the law offices of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, hereby stipulate that

1  Plaintiff may amend her Complaint to substitute TIESHEA DAVIS, the individual represented by
2  counsel for Defendant KEOLIS TRANSIT SERVICES, LLC to be the bus driver, in the place and
3  stead of Defendant DOE BUS DRIVER, who was named as a Doe fictitious name in the Complaint
4  filed on March 18, 2020. A copy of the proposed Amended Complaint is attached hereto as Exhibit
5  "1".
6
7        DATED this ___ day of June, 2020.
8
   **JONES WILSON LLP**          **WILSON ELSER MOSKOWITZ**
9                                    **EDELMAN & DICKER LLP**
10
11 By /s/ Cory M. Jones                    By /s/ Michael P. Lowry
      Cory M. Jones, ESQ.                     Michael P. Lowry, ESQ.
12    Nevada Bar No. 5028                     Nevada Bar No. 10666
      1522 W. Warm Springs Road               300 S. Fourth Street, 11th Floor
13    Henderson, NV 89014                     Las Vegas, NV 89101
      *Attorneys for Plaintiff*               Attorney for Defendant
14                                  *Attorney s for Keolis Transit Services, LLC*

O'Neal vs. Keolis Transit Services, LLC
Case No. 2:20-CV-708-KJD-VCF

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff may amend her Complaint to substitute TIESHEA DAVIS in the place and stead of Defendant DOE BUS DRIVER, who was named as a Doe fictitious name in the Complaint filed on March 18, 2020.

IT IS HEREBY ORDERED that the proposed amended complaint must be filed on or before June 19, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-12-2020

Prepared and Submitted by:

**JONES WILSON LLP**

By_____
  CORY M. JONES, ESQ.
  Nevada Bar No. 5028
  1522 W. Warm Springs Road
  Henderson, NV 89014
  Attorneys for Plaintiff

X:\Master~1\192042\Pleadings\SAO2AmendComplaint.wpd        - 3 -

# EXHIBIT 1

Case 2:20-cv-00708-KJD-WCF Document 781 Filed 06/12/20 Page 4 of 96

CORY M. JONES, ESQ.
Nevada Bar No. 5028
E-Mail: cjones@joneswilson.com
**JONES WILSON LLP**
1522 W. Warm Springs Road
Henderson, Nevada 89014
Tel: (702) 405-6000
Fax: (702) 405-6046
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREEN ANN O'NEAL, ) | |
| ) | CASE NO. 2:20-CV-708-KJD-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEOLIS TRANSIT SERVICES, LLC d/b/a ) | |
| KEOLIS TRANSIT AMERICA, INC., a ) | |
| Foreign Limited-Liability Company; ) | |
| TIESHEA DAVIS, individually; ) | |
| DOES I through X, inclusive; and ROE ) | |
| CORPORATIONS I through X, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## AMENDED COMPLAINT

COMES NOW Plaintiff, COREEN ANN O'NEAL, by and through her attorney, CORY M. JONES ESQ., of JONES WILSON LLP, and for her causes of action against Defendants, and each of them, alleges as follows:

1. At all times relevant to these proceedings, Plaintiff, COREEN ANN O'NEAL (hereinafter "PLAINTIFF"), is a resident of King County, Washington.

X:\Master~1\192042\Pleadings\Amended Complaint.wpd

2. Upon information and belief, at all times relevant to these proceedings, Defendant, TIESHEA DAVIS, was and is a resident of Clark County, Nevada.

3. Upon information and belief, at all times relevant to these proceedings, Defendant, KEOLIS TRANSIT SERVICES, LLC d/b/a KEOLIS TRANSIT AMERICA, INC., was and is a Foreign Limited-Liability Company, registered in the State of Nevada and conducting business in the State of Nevada.

4. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOES and ROE CORPORATIONS I through X are unknown to Plaintiff who therefore, sues said Defendants by said fictitious names. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated as DOES and ROES are responsible in some manner for the events and happenings referred to, and caused damages proximately to Plaintiff as herein alleged, and Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of DOES and ROE CORPORATIONS I through X when the same have been ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and employee of each other Defendant.

## FIRST CAUSE OF ACTION

### NEGLIGENCE

5. On or about April 22, 2018, in Clark County, Nevada, Defendant, TIESHEA DAVIS, was operating a bus/motor vehicle and was stopped at the intersection of Boulder Highway and Major Avenue.

6. The mechanical lifting ramp was down to allow a passenger in a wheelchair to board the bus.

///

7. Plaintiff was boarding the bus and was on the mechanical lifting ramp and was instructed by Defendant, TIESHEA DAVIS to get off the ramp and board the bus through the rear door.

8. Defendant, TIESHEA DAVIS began to raise the ramp before Plaintiff was able to get off causing Plaintiff to fall off the ramp.

9. That Defendant, TIESHEA DAVIS, carelessly, recklessly and negligently operated the mechanical lifting ramp, and/or the mechanical lifting ramp malfunctioned, and/or was being maintained in such a fashion as to cause it to malfunction, which caused the Plaintiff to fall off the ramp.

10. At the time of said incident Defendant, TIESHEA DAVIS was operating the bus/motor vehicle in the course and scope of her employment for her employer and the bus/motor vehicles owner, Defendant KEOLIS TRANSIT SERVICES, LLC d/b/a KEOLIS TRANSIT AMERICA, INC.

11. The sole and proximate cause of the collision described above was the negligence, carelessness, recklessness, and/or conscious disregard for the health and safety of the Plaintiff, by these named Defendants.

12. As a direct and proximate result of the negligence, carelessness, recklessness and wanton disregard for the health and safety of the public by these Defendants, Plaintiff suffered injuries to her body and severe pain and suffering, all or some of which conditions may be permanent or disabling in nature.

13. As a further direct and proximate result of the negligence, carelessness, recklessness and wanton disregard for the health and safety of the public by these Defendants, Plaintiff incurred, and will incur in the future, medical expenses in an amount to be proven at the time of trial.

14. Plaintiff has had to retain the services of an attorney to prosecute this action and is entitled to reasonable attorneys' fees and costs of suit incurred herein.

///

## SECOND CAUSE OF ACTION

### NEGLIGENT SUPERVISION AND/OR TRAINING AND/OR MAINTENANCE

15. Plaintiff repeats and realleges those allegations contained within the preceding portion of the Complaint as if the same were more fully set forth herein.

16. The Defendants, and each of them, owed a duty to the public, including the Plaintiff, a duty to determine the qualifications of its employee/drivers, including but not limited to, training said drivers on the use of the handicap assistant devices for their buses, and or assist in continual education to ensure their drivers are familiar and proficient in the use of the handicap assistant devices, including providing routine maintenance on their subject buses to ensure the proper mechanical functioning of the subject handicap assistant devices. The Defendants, and each of them, owed a duty to the public, including the Plaintiff, a duty to supervise and train its employees after they were hired, and maintain their buses for use by the general public before said employee or machinery could cause damage to property and/or the public.

17. That these Defendants breached the duty owed to the general public, including the Plaintiff, by failing to hire, supervise and or train qualified, and/or competent and/or non-negligent employees, and by failing to adequately maintain their handicap assistant equipment for use by the general public.

18. As a direct and proximate result of the negligence of Defendants, and each of them, the Defendants are liable to the Plaintiff for her damages, which are in excess of $15,000.00.

WHEREFORE, Plaintiff, expressly reserving the right to amend her Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, demands judgment against Defendants, and each of them, as follows:

///

1. General damages in an amount in excess of $15,000.00;

2. Damages for costs of medical care and treatment and costs incidental therein, when the same have been fully ascertained;

3. For reasonable attorneys' fees and costs of suit incurred herein; and,

4. For such other and further relief as the Court may deem proper.

DATED this 11th day of June, 2020.

                JONES WILSON LLP

                By_____
                CORY M. JONES, ESQ.
                Nevada Bar No. 5028
                1522 W. Warm Springs Road
                Henderson, Nevada 89014
                Tel: (702) 405-6000
                Fax: (702) 405-6046
                *Attorney for Plaintiff*